IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00301-WYD-KLM

RITA ANESHANSEL,

    Plaintiff,

v.

VITAL RECOVERY SERVICES, INC., a Georgia corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, hereby

ORDERS that the Stipulation of Dismissal With Prejudice (ECF No. 9) is **ACCEPTED** and this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  March 19, 2013.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                SENIOR UNITED STATES DISTRICT JUDGE